UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

JAMES L. TRUJILLO,                           )
                                             )
        Plaintiff-Appellant,                 )        3:06-cv-0143-JCM-VPC
                                             )
vs.                                          )        C/A #:  08-15074
                                             )
SHERIFF OF WASHOE COUNTY,                    )
NEVADA, et al                                )
                                             )        ORDER ON MANDATE
        Defendants-Appellees.                )
_____       )


        The above-entitled cause having been before the United States Court of Appeals for the Ninth

Circuit, and the Court of Appeals having on July 21, 2009  issued its mandate affirming the judgment,

and the Court being fully advised in the premises, NOW, THEREFORE, IT IS ORDERED that the

mandate be spread upon the records of this Court.


DATED this 17th day of August, 2009.


                                    _____
                                    JAMES C. MAHAN

                                    UNITED STATES DISTRICT JUDGE